IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELODY SCHWARTZ, <br># 284678, <br><br>    Plaintiff, <br><br>v. <br><br>ROBERT BENTLEY, *et al.*, <br><br>    Defendants. | ) <br>) <br>) <br>) <br>) <br>)   CASE NO. 2:15-CV-615-WKW <br>) <br>) <br>) <br>) |

## **ORDER**

On February 23, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 41.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)    The Recommendation is ADOPTED;

(2)    Plaintiff's Motion to Dismiss (Doc. # 39) is GRANTED; and

(3)    This case is DISMISSED without prejudice and no costs are taxed.

A separate final judgment will be entered.

DONE this 17th day of March, 2016.

                                         /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE